**FILED**

FEB 0 5 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

United States of America § ORDER OF REMOVAL AND
§ COMMITMENT TO ANOTHER DISTRICT
§
vs. § Case Number: PE:15-M -00095(1)
§
(1) Aroldo Rigoberto Castillo-Serrano § RE Case No.: 3:15-CR-0024
*Defendant*

**To:**   Any U.S. Marshal

In the   Western Distric of Texas

[X]   A Grand Jury of the United States for that district having issued an indictment against*

[ ]   A Criminal Complaint having been filed in that district against*

* (1) Aroldo Rigoberto Castillo-Serrano   and a warrant having been issued and the defendant having been arrested in this district on a charge of   8:13249(a)(1)(A)(ii)

Now that all Rule 40 procedures having been executed, and the Honorable   B. DWIGHT GOAINS   having committed the defendant to your custody pending his/her removal to that district.

YOU ARE HEREBY ORDERED to remove   (1) Aroldo Rigoberto Castillo-Serrano   forthwith to the Northern District of Ohio / Western Division   and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

DATED this 5th day of February, 2015.

_____
B. DWIGHT GOAINS
U.S. MAGISTRATE JUDGE

### RETURN

_____; Received the within

warrant of removal the _____ day of _____, 20 _____, and executed same.

_____
United States Marshal

By: _____
Deputy United States Marshal

**FILED**

**FEB 0 5 2015**

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: PE:15-M-00095(1) |
| (1) Aroldo Rigoberto Castillo-Serrano<br>*Defendant* | § | |

## WAIVER OF RULE 40 HEARINGS

I, (1) Aroldo Rigoberto Castillo-Serrano understand that in the NORTHERN DISTRICT OF OHIO, charges are pending alleging violation of 8:1324 and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) Identity Hearing.

( ) Preliminary Examination.

( ) Identity Hearing and I have been informed I have no right to a preliminary examination.

(✓) Identity Hearing but request a ~~preliminary examination~~ *Detention Hearing + Arraingment* ᵃ/ˢ be held in the prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

X *Aroldo R Castillo S.*
(1) Aroldo Rigoberto Castillo-Serrano, *Defendant*

2/05/2015
*Date*

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 3:15CR024 |
| ) | |
| v. ) | CASE NO. _____ |
| ) | Title 8, Sections |
| AROLDO RIGOBERTO CASTILLO- ) | 1324(a)(1)(A)(ii), |
| SERRANO, aka BRUNO LOPEZ-ZALAS. ) | 1324(a)(1)(A)(iv), |
| and ) | 1324(a)(1)(A)(v)(II), and |
| CONRADO SALGADO SOTO, ) | 1324(a)(1)(B)(i), United States |
| ) | Code   JUDGE CARR |
| Defendants. | |

### COUNT I

The Grand Jury charges:

From in or around January 2013, to in or around December 2014, in the Northern District of Ohio, Western Division, and elsewhere, the defendants, AROLDO RIGOBERTO CASTILLO-SERRANO, aka BRUNO LOPEZ-ZALAS, and CONRADO SALGADO SOTO, aiding and abetting each other, along with others known and unknown to the Grand Jury, encouraged and induced an alien, namely A.M. (a minor), to come to, enter, and reside in the United States, knowingly and in reckless disregard of the fact that A.M.'s coming to, entry, and residence in the United States was in violation of law and for the purpose of commercial

advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## COUNT 2

The Grand Jury further charge:

In or around September 2014, in the Northern District of Ohio, Western Division, and elsewhere, the defendants, AROLDO RIGOBERTO CASTILLO-SERRANO, aka BRUNO LOPEZ-ZALAS, and CONRADO SALGADO SOTO, aiding and abetting each other, along with others known and unknown to the Grand Jury, encouraged and induced an alien, namely P.P. (a minor), to come to, enter, and reside in the United States, knowingly and in reckless disregard of the fact that P.P.'s coming to, entry, and residence in the United States was in violation of law and for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## COUNT 3

The Grand Jury further charges:

From in or around July 2013, to in or around December 2014, in the Northern District of Ohio, Western Division, and elsewhere, the defendant, CONRADO SALGADO SOTO, along with B.D., C.S., and other persons known and unknown to the Grand Jury, knowingly and in reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transported and moved an alien within the United States by means of transportation, in furtherance of such violation of law and for the purpose of commercial advantage and private financial gain, to wit: CONRADO SALGADO SOTO drove Guatemalan aliens, including individuals whose identity is known to the Grand Jury and who are identified by

their initials as P.P. (a minor) and L.C. (a minor), in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

### FORFEITURE: 8 U.S.C. § 1324(b) & 28 U.S.C. § 2461

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 8 U.S.C. Section 1324(b) & 28 U.S.C. Section 2461, the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, defendants AROLDO RIGOBERTO CASTILLO-SERRANO, aka BRUNO LOPEZ-ZALAS, and CONRADO SALGADO SOTO shall forfeit to the United States all conveyances, including all vessels, vehicles, and aircraft, that has been or is being used in the commission of such offenses, the gross proceeds of such offenses, and all property traceable to such conveyances and proceeds; including, but not limited to, the following:

a.) 2010 Ford Econoline E350, Extended Club Wagon (white in color), Ohio plate: PHW2661, VIN: 1FBSS3BL6ADA03270 (approximate value: $12,475.00).

### FORFEITURE: 18 U.S.C. § 982(a)(6)

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 18 U.S.C. Section 982(a)(6), the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, defendants AROLDO RIGOBERTO CASTILLO-SERRANO, aka BRUNO LOPEZ-ZALAS, and CONRADO SALGADO SOTO shall forfeit to the United States all conveyances, including all vessels, vehicles, and aircraft, used in the commission of such offenses; all real and personal property that constitutes, or is derived from or is traceable to, the proceeds obtained directly or indirectly from the commission of such offenses; and, all real and

personal property that was used to facilitate, or was intended to be used to facilitate, the commission of such offenses; including, but not limited to, the following:

    a.)    2010 Ford Econoline E350, Extended Club Wagon (white in color), Ohio plate: PHW2661, VIN: 1FBSS3BL6ADA03270 (approximate value: $12,475.00).

---

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4

9670201

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States of America
v.
Aroldo Rigoberto Castillo-Serrano,
aka Bruno Lopez-Zalas

Defendant

Case No. 3:15CR024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Aroldo Rigoberto Castillo-Serrano, aka Bruno Lopez-Zalas

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(v)(II)-Aiding and Abetting the Transporting and Harboring of Aliens

Date: 01/14/2015

*Issuing officer's signature*

City and state: Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____  *Arresting officer's signature* |
| *Printed name and title* |

216-357-7005